**LISA R. LANG**
JP Law PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: Lisa@jplawpc.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**MIC   ELLE NORTON,**
          **Plaintiff,**

**Civil Action No.** 1:20-cv-01341-AA

   **vs.**

**COMMISSIONER of Social Security,**
          **Defendant**

**ORDER GRANTING AWARD OF ATTORNEYS FEES UNDER 42 U.S.C. § 406(b)**

### ORDER

Based upon the Plaintiff's Unopposed Motion for an Award of Attorney's fees pursuant to 42 U.S.C. § 406(b) it is hereby:

ORDERED that Plaintiff is awarded attorney's fees in the amount of $15,342.75 minus $5,090.61 paid Plaintiff's Counsel in EAJA fees, for a total amount of $10,252.14.

It is FURTHER ORDERED that the Commissioner <u>may</u> pay Plaintiff's Counsel directly from Plaintiff's back benefits withheld, minus any applicable processing fees allowed by statute, and pay the Plaintiff any remainder of her past due benefits.

DATED this __1st__ day of ___March___, 2022

   /s/Ann Aiken _____
U.S. DISTRICT COURT JUDGE

ORDER
1-20-cv-1341-AA
pg 1